**Order filed October 6, 2011.**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-11-00534-CR

—————————

**JASON HARRISON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court
Harris County, Texas
Trial Court Cause No. 1268481**

## O R D E R

The reporter's record in this case was originally due July 22, 2011. *See* Tex. R. App. P. 35.1. On September 13, 2011, Mary Ann Rodriguez filed four volumes of the reporter's record. Volume 2 has not been filed by Janet Ragan. Janet Ragan has not filed a request to extend time for filing the record. The record has not been filed with the court. We therefore issue the following order.

We order **Janet Ragan**, the court reporter, to file her portion of the record in this appeal **on or before October 31, 2011.**

PER CURIAM